MORRIS FELDSTEIN and Another, Copartners, Trading under the Firm Name and Style of MORRIS FELDSTEIN & SON, on Behalf of Themselves and All Other Creditors of ALEXANDER FUSCO, Appellants, v. ALEXANDER FUSCO and FRANK PETERS, Respondents.— Judgment unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

ELIZABETH O'NEIL, Respondent, v. WILLIAM O'NEIL, Appellant.— Judgment unanimously affirmed, with costs. Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.

TERESA PELEGGI, as Administratrix, etc., of MARIANO PELEGGI, Deceased, Appellant, v. ERIE RAILROAD COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Intermediate Judicial Settlement of the Accounts of DAISY S. BORST, One of the Executrices, etc., of HENRY V. BORST, Deceased.— Decree unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

VIRGIL SPAULDING, as Administrator, etc., of DONALD V. SPAULDING, Deceased, Respondent, v. ELI BAKER, Appellant.— Order and judgment reversed on the law, with costs, and verdict reinstated, with costs, on the ground that the questions whether the facts imputed negligence or contributory negligence were for the jury. (See Thomas Neg. [2d ed.] 673.) Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ., concur.

MORRIS EPSTEIN, Appellant, v. ISIDOR ABRAMS and Others, Defendants. SAMUEL LEVINE, Respondent.— Judgment and orders unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

LOUIS N. BRUMER, Respondent, v. LILLIAN IDA BRUMER, Appellant, and Another.— Judgment and order unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

ADRIAN O. VANDERVORT, Appellant, v. THE CITY OF TROY and Others, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.* Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

EMMA LOUISE BOUVIER, Respondent, v. WILLIAM SERGEANT BOUVIER, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of LOVERSA WINDRUMS, Respondent, against MUNSON STEAMSHIP LINES, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of MARY GOODMAN, Appellant, against DIAMOND T. MOTOR CAR COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed, without costs. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

* Decision amended. See *post* p. 781.— [REP,